1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Tammy Davis,                          )     CV-11-1040-PHX-FJM
                                           )
10            Plaintiff(s),                 )     **ORDER**
                                           )
11   vs.                                    )
                                           )
12   Life Insurance Company of North        )
     America et al.,                        )
13                                          )
                                           )
14            Defendant(s).                 )

15

16   Pursuant to this court's order of December 21, 2011,

17          IT IS ORDERED dismissing  this action with prejudice.

18          DATED this 24th day of January, 2012.

19

20          _Frederick J. Martone_
                         _____
21                         Frederick J. Martone
                         United States District Judge

22

23

24

25

26

27

28